AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR 30 PM 3:57

CLERK
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

CINDY LOU STOTTLEMIRE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:16-cv-90

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 28th day of March 2018, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered AFFIRMING the decision of the Commissioner. This case stands closed.

Approved by: _____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia

Date: March 30, 2018

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk

